**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:**                                                                CASE NO.  18-03333-5-SWH
                                                                          CHAPTER 13

**Charlie Jacob Sammis**
1012 Steeplechase Road
Wilmington, NC 28412-7206
**SSN:: xxx-xx-3814**

**DEBTOR**

**DEBTORS VERIFIED MOTION TO EXTEND AUTOMATIC STAY**

   Now comes the Debtor, by and through counsel, and move this court to order, under 11 U.S.C. § 362(c)(3), that the full protections of the automatic stay be extended in this case until terminated under 11 U.S.C. § 362(c)(1) or (2), or until further order of the court.  In support of this motion, the Debtor shows the court as follows:

   1.   The Debtor filed the above-captioned case on July 2, 2018.

   2.   On September 21, 2017 the Debtor filed a prior chapter 13 case bearing the assigned Case No. 17-04639-5-SWH, in the Eastern District of North Carolina.  The court dismissed that case on January 24, 2018. The dismissal of the prior case was because of the following (*mark all that apply*):

   ☐   Debtor or Debtors' immediate family incurred significant medical expenses;
   ☐   Debtor lost job/ had hours reduced/had wages reduced;
   ☐   Debtor incurred a significant expense on primary residence;
   ☐   Debtor incurred a significant expense on primary vehicle;
   ☐   Debtor was owed money by a third party (such as child support, alimony, worker's compensation) and was not paid (*if so, list source of money* *);
   ☐   Debtor incurred a significant expense related to a dependent (*if so, provide details*): *
   ☒   Other *Debtor incurred significant and unexpected medical expenses for himself(back issues)

   3.   The Debtors circumstances has substantially changed because (*mark all that apply*):

    ☐    Debtor now has new income in the form of additional work hours, an additional job, additional wages from previous job, and/or a new job. Provide details: *

    ☐    Debtor now has new income in the form of monetary assistance from a third party individual (*provide details*): *

    ☐    Debtor now has new income in the form of monetary assistance from a third party organization (*provide details*): *

    ☐    Debtor now has more available income in the form of reduced expenses (*provide details*): *

    ☒    Other: * The medical issue is now under control and there are no further medical expenses expected.

4. As required by E.D.N.C. LBR 4001-1 (d)(1), this motion (*mark appropriate box*)

    ☐    is filed within five (5) days of the petition date
    ☒    is NOT filed within five (5) days of the petition date.

5. The Debtor has demonstrated by clear and convincing evidence that the current case is filed in good faith. The Debtors circumstances has substantially changed so that the reason for dismissal in the prior case is not likely to recur and this case can be completed.

Wherefore, the Debtors pray for the court to enter an order extending the automatic stay as to all creditors until it would terminate under 11 U.S.C. §§ 362(c)(1) or (2), or until further order of the court, and for such further relief as the court deems just and appropriate.

Dated:

July 26, 2018

                                    s/Christian B. Felden
                                    Christian B. Felden, Esquire
                                    FELDEN and FELDEN, P.A.
                                    Attorneys for the Debtor

# DECLARATION

Under penalty of perjury, I, *Charlie Jacob Sammis* hereby certify that I have personal knowledge of all the information contained in the pleading above and all the information is true and accurate, to the best of my knowledge.

_____
(Signed)

Sworn and subscribed to me this the 26th day of July, 2018

_____
Notary Public
STATE OF NORTH CAROLINA
Notary Seal
County of New Hanover

> Nicholas L. Stafford
> Notary Public
> New Hanover County, NC
> My Commission Expires 6/12/2021

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:                                                                CASE NO.  18-03333-5-SWH
                                                                      CHAPTER 13

**Charlie Jacob Sammis**
1012 Steeplechase Road
Wilmington, NC 28412-7206
**SSN: xxx-xx-3814**

**DEBTOR**

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO: All Parties In Interest

     NOTICE IS HEREBY GIVEN of the Motion For An Order Continuing the Automatic Stay of Section 362 filed simultaneously herewith by the attorney for the movant in the above-captioned case; and

     FURTHER NOTICE IS HEREBY GIVEN that objections to the proposed Motion may be filed with the Clerk, U.S. Bankruptcy Court – EDNC, P O Box 791, Raleigh, North Carolina 27602, with a copy served on the attorney whose name appears on the bottom of this Notice, within   FOUR (4)  days of the mailing of this notice. A hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing unnecessary, or unless a hearing is requested by the party filing such request. If a hearing is required, it will be held on   July 31, 2018    at 10:00AM, at US Bankruptcy Court, Century Station Federal Building, Second Floor Courtroom, 300 Fayetteville Street, Raleigh, North Carolina, 27601. Any party requesting a hearing shall appear at said hearing in support of such request or he may be assessed with Court costs. If no request for hearing is timely fixed, the Court may rule on the Motion and response thereto ex parte without further notice.

DATE OF NOTICE: July 26, 2018            _S/Christian B. Felden_
                                         Christian B. Felden, Esquire
                                         North Carolina Bar No. 37438
                                         FELDEN and FELDEN, P.A.
                                         Attorney for the Debtor
                                         PO Box 1399
                                         Jacksonville, NC 28541-1399
                                         (888)808-9291
                                         (888) 808-9991fax
                                         cbfelden@feldenandfelden.com

CERTIFICATE OF SERVICE

I, Christian B. Felden, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 26th day of July, 2018. Copies of the foregoing Motion and Notice were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows:

Joseph A. Bledsoe, III, By electronic mail
And IJohnson@rms13.org
PO Box 1618
Chapter 13 Trustee
New Bern, NC 28563-1618

Charlie Jacob Sammis
1012 Steeplechase Rd
Wilmington, NC 28412-7206

      all parties on attached matrix.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 26, 2018                _S/Christian B. Felden_____
                                         Christian B. Felden, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 18-03333-5-SWH<br>Eastern District of North Carolina<br>Raleigh<br>Thu Jul 26 14:12:55 EDT 2018 | U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | AT&T<br>PO Box 537104<br>Atlanta, GA  30353-7104 |
| Ad Astra Recovery<br>7330 W 33rd St N Ste 118<br>Wichita, KS  67205-9370 | Bridge Property Mgmt, LLC<br>111 E Sego Lily Dr Ste 400<br>Sandy, UT 84070-4422 | Bug N A Rug<br>670 Wellington Ave<br>Wilmington, NC  28401-7614 |
| CMG GROUP LLC - BMG<br>WILLIAMSON AND BROWN,LLC<br>4691 Clifton Pkwy<br>Hamburg, NY 14075-3201 | Casa Linda Furniture, Inc<br>4815 Whittier Blvd<br>Los Angeles, CA  90022-3023 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Chrysler Capital<br>PO Box 961279<br>Fort Worth, TX  76161-0279 | Client Service, Inc<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301-9816 | Coastal Carolina Surgical Associates, PA<br>1411 Physicians Drive<br>Wilmington, NC 28401-7338 |
| Coastal Finance Co, Inc<br>3602 Market St<br>Wilmington, NC  28403-1326 | Coastal Surgery Specialists/Dr. Weinberg<br>1411 Physicians Dr<br>Wilmington, NC 28401-7338 | Columbia Anesthesia Group<br>400 NE Mother Joseph Pl<br>Vancouver, WA  98664-3200 |
| Columbia Collectors<br>1104 Main St Ste 311<br>Vancouver, WA  98660-2955 | Credit First NA<br>PO Box 81344<br>Cleveland, OH  44188-0001 | Duke Energy Progress<br>PO Box 1771<br>Raleigh, NC  27602-1771 |
| ECEPII, PA<br>4402 Shipyard Blvd<br>Wilmington, NC  28403-6161 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL  32256-7412 | Financial Data Services<br>PO Box 688<br>Wrightsville Beach, NC  28480-0688 |
| First Mortgage Company, LLC<br>PO Box 14576<br>Oklahoma City, OK  73113-0576 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107-0145 | Flagship Credit Acceptance<br>PO Box 3807<br>Coppell, TX  75019-4354 |
| Ford Dental Group<br>PO Box 5790<br>Huntington Beach, CA  92615-5790 | Gillespie and Murphy<br>PO Box 888<br>New Bern, NC  28563-0888 | (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 |
| Hunter Werfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL  33614-2415 | IC Systems<br>PO Box 64378<br>Saint Paul, MN  55164-0378 | Lendmark Financial Services<br>5120 S College Rd Ste 115<br>Wilmington, NC  28412-2268 |

MEDAC  
4402 Shipyard Blvd  
Wilmington, NC  28403-6161

Midland Funding, LLC  
PO Box 939069  
San Diego, CA  92193-9069

New Hanover Regional Medical Center  
PO Box 9000  
Wilmington, NC  28402-9000

O'Brien Service Company, Inc  
PO Box 12788  
Wilmington, NC  28405-0138

Online Collection Services  
PO Box 1489  
Winterville, NC  28590-1489

PMAB, LLC  
4135 Southstream Blvd Ste 400  
Charlotte, NC  28217-4636

Paragon Revenue Group  
216 Le Phillip Ct NE  
Concord, NC  28025-2954

Rapid Cash  
3849 SE Powell Blvd  
Portland, OR  97202-1719

Regional Finance  
2316 S 17th St Ste 120  
Wilmington, NC  28401-7913

Solstas Lab Partners  
PO Box 35907  
Greensboro, NC  27425-5907

(p)SPRINT NEXTEL CORRESPONDENCE  
ATTN BANKRUPTCY DEPT  
PO BOX 7949  
OVERLAND PARK KS 66207-0949

Stern Recovery Services  
415 N Edgeworth St Ste 210  
Greensboro, NC  27401-2071

SunTrust Bank  
Attn: Support Services  
PO Box 85092  
Richmond, VA 23285-5092

T Mobile/T-Mobile USA Inc  
by American InfoSource LP as agent  
PO Box 248848  
Oklahoma City, OK  73124-8848

TEN DOLLAR PAYDAY LOAN.COM  
WILLIAMSON AND BROWN,LLC  
4691 Clifton Pkwy  
Hamburg, NY 14075-3201

TekCollect  
PO Box 1269  
Columbus, OH  43216-1269

Time Financing Service  
1950 S 17th St  
Wilmington, NC  28401-6627

US Department of Education  
PO Box 7860  
Madison, WI  53707-7860

Wilmington Pathology Associates, PA  
1915 S 17th St Ste 100  
Wilmington, NC  28401-6683

Charlie Jacob Sammis  
1012 Steeplechase Rd  
Wilmington, NC 28412-7206

Christian Bennett Felden  
Felden and Felden, P.A.  
P.O. Box 1399  
Jacksonville, NC 28541-1399

Joseph A. Bledsoe III  
PO Box 1618  
New Bern, NC 28563-1618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Goldkey Credit, Inc  
PO Box 15670  
Brooksville, FL  34604-0122

Sprint  
6391 Sprint Pkwy  
Overland Park, KS  66251-6100

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Mortgage Company, LLC

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52